OPINION — AG — WE DEEM IT UNNECESSARY TO DETERMINE HERE WHETHER OR NOT SAID HOUSE BILL, AS AMENDED, IS VIOLATIVE OF THAT PART OF: (1) ARTICLE V, SECTION 59 WHICH STATES "LAWS OF A GENERAL NATURE SHALL HAVE A UNIFORM OPERATION THROUGHOUT THE STATE * * *" OR (2) ARTICLE V, SECTION 36 WHICH PROVIDES THAT THE LEGISLATURE SHALL NOT PASS "ANY LOCAL OR SPECIAL LAW * * * EXEMPTING PROPERTY FROM TAXATION". CITE: ARTICLE V, SECTION 10 (FRED HANSEN)